TRANSMISSION FORM

| | |
|---|---|
| District Court<br>NORTHERN OHIO, EASTERN DIVISION | District Court No.  1:08cv139<br>USCA  No.  **09-3608** |

| CAPTION | CURRENT COUNSEL FOR PLAINTIFF |
|---|---|
| | NAME:  Joshua R. Cohen |
| | FIRM NAME: Cohen, Rosenthal & Kramer, LLP |
| CITY OF CLEVELAND | ADDRESS:  400 Hoyt Block Bldg. |
| | 700 St. Clair Avenue, W |
| PLAINTIFF -  APPELLANT | Cleveland, OH.  4413 |
| | TELEPHONE:  216-781-7956 |
| v. | |
| | CURRENT COUNSEL FOR DEFENDANT |
| AMERIQUEST MORTGAGE SECURITIES, INC., | NAME:  Bernard E. LeSage |
| et al. | FIRM NAME: Buchalter Nemer - Los Angeles |
| | ADDRESS:  Suite 1500 |
| DEFENDANT -  Appellees | 1000 Wilshire Blvd. |
| | Los Angeles, CA.  90017 |
| | TELEPHONE:  213-891-5230 |

If Habeas Corpus,  Certificate of Appealability is:   ( ) granted    ( ) denied     ( ) pending

Criminal Defendant:  ( ) on bond     ( ) incarcerated     ( ) on probation

Fees:   District Court & USCA Fee Paid:     (X)  yes      ( ) no      ( ) not required
        Pauper Status:            ( ) granted     ( ) denied     ( ) pending
        Affidavit of Financial Status Filed:  ( ) yes     ( ) no

Counsel:       ( ) appointed     (X) retained      ( ) pro se

District Court Judge:  Lioi          Court Reporter:  Sue Trischan

Any hearing or trial   (X) yes    ( ) no       If yes, dates  2/29/08 and 5/23/08.

FROM  Shawn Harrigan                 DATE        MAY 19, 2009

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is_____ and includes an updated copy of docket entries.

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and ___volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this___ day of _____, **2009**.  Clerk, GERI M. SMITH, U.S. District Court